THE NEWTON TRUST COMPANY, TRUSTEE, COMPLAINANT-RESPONDENT, v. ALLAN M. CHAMBERS, ET AL., DEFENDANTS, ALICE L. PERKINS, INTERVENING PETITIONER-APPELLANT.

Argued January 17, 1949—Decided February 14, 1949.

*Mr. John R. Perkins* argued the cause for the intervening petitioner-appellant.

*Mr. Willis H. Sherred* argued the cause for the complainant-respondent (*Messrs. Morris, Downing & Sherred,* attorneys).

PER CURIAM. The order appealed from will be affirmed for the reasons expressed in the opinion of Vice Chancellor Kays in the former Court of Chancery.

*For affirmance:* Chief Justice VANDERBILT, and Justices CASE, HEHER, WACHENFELD, BURLING, and ACKERSON—6.

*For reversal:* None.